## Margaret Panella, Appellee, v. Weil-McLain Company and Phillip Domke, Appellants.

### Gen. No. 43,282.

opinion filed June 28, 1946; rehearing denied July 11, 1946; released for publication July 13, 1946.  James A. Dooley, for appellant; Arthur A. Wolf, Marion J. Hannigan and Leo S. Karlin, for appellee; Leo S. Karlin, of counsel.  Opinion by JUSTICE SCANLAN.  Not to be published in full.